1434

# RECONSIDERATION DOCKET

**98–1209.   State v. Sanders.**
Hamilton App. No. C–960253. Reported at 92 Ohio St.3d 245, 750 N.E.2d 90. On motion for reconsideration. Motion denied.

**00–216.ˈ   Northwestern Ohio Bldg. & Constr. Trades Council v. Conrad.**
Franklin App. No. 98AP–1287. Reported at 92 Ohio St.3d 282, 750 N.E.2d 130. On motion for reconsideration and on motion for leave of *amicus curiae* MCO League of Ohio to file a memo in opposition to motion for reconsideration. Motions denied.

> DOUGLAS and RESNICK, JJ., dissent.

**00–428.   Holeton v. Crouse Cartage Co.**
Certified State Law Question, No. 98CV7578. Reported at 92 Ohio St.3d 115, 748 N.E.2d 1111. On motion for reconsideration of Ohio Bureau of Workers' Compensation. Motion denied.

> MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**00–512 and 00–551.   Kilgore v. Chrysler Corp.**
Montgomery App. Nos. 17906 and 17915. Reported at 92 Ohio St.3d 184, 749 N.E.2d 267. On motion for reconsideration. Motion denied.

> MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**00–769.   Goodin v. Columbia Gas of Ohio, Inc.**
Athens App. No. 99CA30. Reported at 92 Ohio St.3d 1214, 749 N.E.2d 305. On motion for reconsideration. Motion denied.

> DOUGLAS, RESNICK and PFEIFER, JJ., dissent.

**00–771.   Community Ins. Co. v. Ohio Dept. of Transp.**
Franklin App. No. 99AP–746. Reported at 92 Ohio St.3d 376, 750 N.E.2d 573. On motion for reconsideration. Motion denied.

> DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., dissent.

**00–824.   Yoh v. Schlachter.**
Williams App. No. WM–99–008. Reported at 92 Ohio St.3d 234, 749 N.E.2d 743. On motion for reconsideration. The motion fails for want of four votes on the following vote:

> DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., vote no.
> MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., vote yes.
> RESNICK, J., not participating.

**00–1160.   Liechty v. Yoder Mfg., Inc.**
Cuyahoga App. No. 75654. Reported at 92 Ohio St.3d 1214, 749 N.E.2d 305. On motion for reconsideration. Motion denied.

> DOUGLAS, RESNICK and PFEIFER, JJ., dissent.

**00–1233.   In re Estate of Stewart.**
Lorain App. No. 99CA007422. Reported at 92 Ohio St.3d 239, 749 N.E.2d 748. On motion for reconsideration. Motion denied.

> COOK and LUNDBERG STRATTON, JJ., dissent.

**00–1406 and 00–1730.   Hubin v. Hubin.**
Franklin App. No. 99AP–1156. Reported at 92 Ohio St.3d 240, 749 N.E.2d 749. On motion for *reconsideration. Motion denied.*